# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03237-RPM

GE CAPITAL FRANCHISE CORPORATION,

     Plaintiff,

v.

RICHARD C. SWEET, an individual, and
JENNIFER SWEET, an individual,

     Defendants.
_____

## ORDER DENYING DEFENDANTS' MOTION TO REFER MATTER TO BANKRUPTCY JUDGE
_____

On January 25, 2012, the defendants filed a motion to refer this civil action to United States Bankruptcy Court, Honorable Michael E. Romero, asserting that the Bankruptcy Court has jurisdiction over this matter by a reservation of jurisdiction in the confirmed Plan of Reorganization and that the plaintiff's collection effort requires an interpretation of the Plan of Reorganization.  The plaintiff disputes that contention and asserts that this is simply a claim for collection on a promissory note and not within the Bankruptcy Court's jurisdiction.  The defendants filed their reply on March 6, 2012.

The question of whether the issue is an interpretation of the terms of the Plan of Reorganization or simply post confirmation collection of a promissory note need not be decided on this motion.  The District Court judges have jurisdiction of all matters under the Bankruptcy Code and the discretion as to referral of bankruptcy matters to a Bankruptcy Judge.  Accordingly, it is

ORDERED that the defendants' motion is denied and it is

FURTHER ORDERED that the defendants will file their answer to the complaint on or before March 26, 2012.

Dated: March 7th, 2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge