# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03237-RPM

GE CAPITAL FRANCHISE CORPORATION,

      Plaintiff,

v.

RICHARD C. SWEET, an individual, and
JENNIFER SWEET, an individual,

      Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **April 26, 2012, at 2:00 p.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.    Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on April 19, 2012.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

      Dated: March 27th, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge