**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-03237-RPM

GE CAPITAL FRANCHISE FINANCE CORPORATION,

    Plaintiff,

v.

RICHARD C. SWEET, an individual, and
JENNIFER SWEET, an individual,

    Defendants.

---

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

---

THE COURT, having reviewed Plaintiff GE Capital Franchise Finance Corporation and Defendants Richard C. Sweet and Jennifer Sweet's Stipulation of Dismissal Without Prejudice (the "Stipulation"), and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Stipulation shall be and is hereby GRANTED.  The above-captioned action is hereby DISMISSED without prejudice, with each party responsible for its own attorneys' fees and costs.

Dated: November 8th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge